## IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2388 Disciplinary Docket No. 3
: 
                Petitioner : No. 152 DB 2015
: 
                v. : Attorney Registration No. 79423
: 
JAMES E. TONE, : (Montgomery County)
: 
                Respondent :

## ORDER

**PER CURIAM**

      **AND NOW**, this 26th day of June, 2017, upon consideration of the Disciplinary Board's Recommendation for Public Censure, the Prothonotary is directed to schedule a public censure in the above-captioned matter. *See* Disciplinary Board Rule §89.205(e).